**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY BRANTLEY, et al., | : CIVIL ACTION NO. 11-4908 (MLC) |
| Plaintiffs, | : **O P I N I O N** |
| v. | : |
| KNOWLEDGE UNIVERSE EDUCATION LLC, et al., | : |
| Defendants. | : |

**THE COURT** ordered the parties to show cause why the action should not be remanded for lack of subject matter jurisdiction. (Dkt. entry no. 29, 6-28-12 Order To Show Cause.) The Court assumes that the parties are familiar with the contents of the Order To Show Cause. The parties have failed to respond to the Order To Show Cause, even though the deadline to do so has lapsed. (Id. at 5.) The Court ordered that any party failing to respond to the Order To Show Cause would be deemed to be in support of a remand. (Id. at 6.) Thus, the Court intends to grant the Order To Show Cause and remand the action for lack of subject matter jurisdiction. For good cause appearing, the Court will issue an appropriate order and judgment.

                                    s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge

Dated: July 17, 2012